UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVION DEQUELL EVANS,

    Defendant.

ORDER ADOPTING REPORT
AND RECOMMENDATION
Criminal No. 24-00266 (MJD/DLM)

Nichole J. Carter, Assistant United States Attorney, Counsel for Plaintiff.

Andrew S. Garvis, Koch & Garvis, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas L. Micko, dated May 23, 2025.  [Doc. 32.]  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Douglas L. Micko, dated May 23, 2025 **[Doc. 32]**; and

2. Defendant's Motion to Dismiss Indictment **[Doc. 27]** is **DENIED**.

Dated:  June 20, 2025                             Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court